Edward A. Ruff, appellant, v. Egyptian Foundry and Manufacturing Company, appellee.

Opinion filed September 16, 1935.

F. J. Tecklenburg, for appellant.  P. K. Johnson, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Oliver J. Schmidt and Mrs. Oliver J. Schmidt, plaintiffs in error.

Opinion filed September 16, 1935.

George G. Rinier and Meyer & Meyer, for plaintiffs in error.  Martin L. Wilborn, for defendant in error.

Mr. Justice Murphy delivered the opinion of the court.

Albert Rubach, appellant, v. The People of the State of Illinois ex rel. Edith Castens, appellee.

Opinion filed September 16, 1935.

Edward W. Clendenin and J. Fred Gilster, for appellant.  No appearance for appellee.

Mr. Justice Stone delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson v. Citizens State Bank of Creal Springs.
M. D. Borum, appellee, v. William L. O'Connell, appellant.

Opinion filed September 16, 1935.

Ferrell & Hay, for appellant.  D. L. Duty and Leon A. Colp, for appellee.

Mr. Justice Stone delivered the opinion of the court.

The People of the State of Illinois, plaintiff in error, v. Estelle H. Gooden and Nadine Gooden, defendants in error.

Opinion filed September 16, 1935.

Charles C. Murrah, State's Attorney, for plaintiff in error.  No appearance for defendants in error.

Mr. Justice Stone delivered the opinion of the court.